# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MARCO BURTON** | : | **NO. 99-109-1** |

## ORDER

**NOW**, this 10th day of August, 2023, upon consideration of the Motion of Marco Burton for Early Termination of Supervised Release (Doc. No. 162) and the government's response, it is **ORDERED** that this motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.